(March 11, 1938.)

BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, v. THE CITY OF NEW YORK, FRANK J. TAYLOR, Comptroller of the City of New York, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

C. I. T. CORPORATION, Appellant, v. ERLE R. SHEPPARD, Respondent, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

MATILDA LEONARD DUPEE, Respondent, v. THE TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 253 App. Div. 278.] Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

SIMON W. FARBER, Respondent, v. GEORGIANA E. DEBRUIN, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

HERMAN FELS, Respondent, v. GEORGE SCHLEGEL and ERNEST FLAGG, Appellants, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied. The motion for leave to appeal from the Appellate Term to the Appellate Division was denied on the ground it was not timely made. (Appellate Division Rule XXVI, referring to rule VII, Appellate Term.) Applicant has failed to comply with rule XXVI in that the required details are not set forth and the motion was not made one month after the determination of the Appellate Term of motion for leave to appeal. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

WILLIAM R. GOODHEART, JR., as Administrator, etc., of HARRY H. PINSLEY, Deceased, Appellant, v. AMERICAN AIRLINES, INC., Respondent.— The motion is referred to the court that rendered the decision on the appeal. [See 252 App. Div. 660, 664.] Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ. Motion for reargument granted, and on reargument the decision of this court handed down on December 30, 1937, is hereby amended to read as follows: Judgment reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. Opinion by Johnston, J.; Carswell, Adel and Close, JJ., concur; Hagarty, J., dissents and votes to affirm, with memorandum. Order resettled and opinion amended accordingly. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.